UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA TORRES,<br><br>       Plaintiff,<br><br>  -against-<br><br>DA-VINCI HOTEL CORP., a New York corporation, d/b/a JOE G PIZZA & RESTAURANT, and PARADISE REALTY CORP., a New York corporation,<br><br>       Defendants. | Case No. 1:24-cv-09088 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On November 26, 2024, Plaintiff Julia Torres filed a Complaint against Defendants Da-Vinci Hotel Corp. and Paradise Realty Corp., asserting claims under the Americans with Disabilities Act, the New York City Human Rights Law, and the New York State Human Rights Law.  Dkt. 1.  On December 10, 2024, Defendants moved to dismiss the Complaint for lack of standing pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1).  Dkt. 9; *see* Dkts. 10-11.

  On January 6, 2024, Plaintiff filed a letter motion with the Court requesting leave pursuant to Rule 15(a)(2) to file an Amended Complaint within one week "to provide . . . additional details, including regarding Plaintiff's standing, which support Plaintiff's stated claims for relief."  Dkt. 14 at 1.

  Because Defendants do not oppose Plaintiff's motion, *see* Dkt. 14 at 1, the Court GRANTS Plaintiff leave to file an amended complaint no later than January 15, 2025.  *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend a pleading] when justice so requires.").  Defendant's motion to dismiss is DENIED as moot without prejudice to

refiling with respect to the amended complaint. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 9, 14, and 16.

Dated: January 8, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2